UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21391-CIV-WILLIAMS

KENDRA MOORE,

       Plaintiff,

v.

KING GAME, INC., a Florida for-profit corporation
d/b/a DR. BILLIARDS, and MARC O. FITZ-RITSON,

       Defendants.

_____/

**STATEMENT OF WAGES OWED IN FLSA CASE**

     The Plaintiff, by and through undersigned counsel, and pursuant to the Court's Notice of

Court Practice (DE 4), files this Statement of Wages Owed in FLSA Case, and states as follows:

    **A.  <u>Minimum Wage Claim</u>**

| Time Period | Minimum Wage | Hours Per Week | Weeks | Owed Per Week | Total Owed |
|---|---|---|---|---|---|
| 4/3/2017 – 8/14/2017 | $8.10 | 18 | 19 | $145.80 | $2,770.20 |
| 8/15/2017 – 12/31/2017 | $8.10 | 54 | 19 | $437.40 | $8,310.60 |
| 1/1/2018 – 6/29/2018 | $8.25 | 54 | 25 | $445.50 | $11,137.50 |
| 6/30/2018 – 9/22/2018 | $8.25 | 6.25 | 12 | $51.56 | $618.75 |
| 9/23/2018 – 10/3/2018 | $8.25 | 18 | 1.5 | $74.25 | $148.50 |
| 10/4/2018 – 10/25/2018 | $8.25 | 2 | 3 | $16.50 | $49.50 |

| 1/31/2019 – 2/20/2019 | $8.46 | 14 | 3 | $118.44 | $355.32 |
|---|---|---|---|---|---|

In total, Plaintiff *should have* been paid about $23,323.27 during her employment, however the Defendants only paid her about $2,700.00 in total—paid sporadically and in arbitrary amounts. Thus, for 2,859 hours, the Plaintiff is owed minimum wages of about $20,623.27 ($23,323.27 - $2,700 = $20,323.27), exclusive of liquidated damages, attorneys' fees and costs.

### B. Unpaid Overtime Claim (*excludes* Minimum Wages Owed, Above)

| Time Period | Overtime Premium | Hours | Weeks Per Week | Owed Per Week | Total Owed |
|---|---|---|---|---|---|
| 8/15/2017 – 12/31/2017 | $4.05 | 14 | 19 | $56.70 | $1,077.30 |
| 1/1/2018 – 6/29/2018 | $4.13 | 14 | 25 | $57.82 | $1,445.50 |

Plaintiff is owed overtime in the amount of $2,522.80 ($1,077.30 + $1,445.50 = $2,522.80) exclusive of liquidated damages, attorneys' fees and costs.

Respectfully submitted,

BOBER & BOBER, P.A.
Attorneys for Plaintiffs
2699 Stirling Road, Suite A-304
Hollywood, FL 33312
Telephone: (954) 922-2298
Facsimile: (954) 922-5455
peter@boberlaw.com
samara@boberlaw.com

By: s/. Peter Bober, Esq.
     FBN: 0122955