# RETURN OF SERVICE

**State of Florida**                                                                                  **County of**

Case Number: 1:19-CV-21391-KMW

**Plaintiff:**
**KENDRA MOORE**

vs.

**Defendant:**
**KING GAME,INC D/B/A DR. BILLARDS, AND MARC O. FITZ-RITSON**

For:
Peter Bober
BOBER & BOBER, P.A.
1930 Tyler Street
Hollywood, FL 33328

Received by Pineiro Process Servers & Court Couriers on the 13th day of April, 2019 at 9:59 pm to be served on **KING GAME, INC D/B/A DR BILLARDS REGISTERED AGENT: MARC O FITZ-RITSON, 16600 N.W. 54 AVE, MIAMI, FL 33015.**

I, Susan Pineiro, do hereby affirm that on the **18th day of April, 2019** at **11:56 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION,COMPLAINT AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARC O FITZ-RITSON** as **REGISTERED AGENT** for **KING GAME, INC D/B/A DR BILLARDS**, at the address of: **159 STREET AND 51 AVE N.W., MIAMI, FL 33015**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE BUSINESS AT THE ADDRESS WAS CLOSED SO I LOCATED A PHONE NUMBER AND SPOKE TO MR. FITZ-RITSON WHO AGREED TO MEET ME AT 159 STREET AND N.W. 51 AVE

## RETURN OF SERVICE For 1:19-CV-21391-KMW

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

_____
**Susan Pineiro**
CPS#1908

**Pineiro Process Servers & Court Couriers**
**7036 S.W. 23 Street**
**Davie, FL 33317**
**(954) 560-1052**

Our Job Serial Number: SDP-2019001734

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n