# RETURN OF SERVICE

**State of Florida**

**County of**

Case Number: 1:19-CV-21391-KMW

Plaintiff:
**KENDRA MOORE**

vs.

Defendant:
**KING GAME,INC D/B/A DR. BILLARDS, AND MARC O. FITZ-RITSON**

For:
Peter Bober
BOBER & BOBER, P.A.
1930 Tyler Street
Hollywood, FL 33328

Received by Pineiro Process Servers & Court Couriers on the 13th day of April, 2019 at 9:53 pm to be served on **MARC O. FITZ- RITSON, 5131 SW 159 STREET UNIT E, MIAIMI, FL 33015.**

I, Susan Pineiro, do hereby affirm that on the **18th day of April, 2019** at **11:56 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION,COMPLAINT EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARC O. FITZ- RITSON** at the address of: **5131 SW 159 STREET UNIT E, MIAIMI, FL 33015**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE ADDRESS LOOKED TO BE VACANT SO I TRIED 16600 N.W. 54 AVE # 9 WHICH WAS CLOSED, SO I LOCATED A PHONE NUMBER AND MADE CONTACT WITH HIM AND HE AGREED TO MEET ME. HE MET ME IN THE STREET ON 159 STREET AND 51 AVE.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

**Susan Pineiro**
CPS#1908

**Pineiro Process Servers & Court Couriers**
**7036 S.W. 23 Street**
**Davie, FL 33317**
**(954) 560-1052**

Our Job Serial Number: SDP-2019001733

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n