UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-cv-21391-Williams/Torres

KENDRA MOORE,

    Plaintiff,

v.

KING GAME, INC. d/b/a DR. BILLIARDS,
and MARC O. FITZ-RITSON,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendants, King Game, Inc. d/b/a Dr. Billiards and Marc O. Fitz-Ritson, by and through the undersigned, respectfully request a 21-day enlargement of time to respond to Plaintiff's Complaint, DE 1, and in support Defendants state the following:

1. The undersigned was retained a few days ago.

2. Defendants need more time to review Defendants' records, the filings in this case, and to prepare a response to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that the Court grant an enlargement of time through May 30, 2019 for Defendants to respond to Plaintiff's Complaint, DE 1.

Dated: May 9, 2019                                       Respectfully submitted,

                                                          Koz Law, P.A.
                                                          320 S.E. 9th Street
                                                          Fort Lauderdale, Florida 33316
                                                          Phone: (786) 924-9929
                                                          Fax:    (786) 358-6071
                                                          Email: ekoz@kozlawfirm.com

                                                          _____
                                                          Elliot Kozolchyk, Esq.
                                                          Bar No.: 74791

                                                          *Attorney for Defendants*

## **CERTIFICATE OF CONFERRAL**

     I HEREBY CERTIFY that counsel for the movant has conferred with Plaintiff's counsel and Plaintiff does not oppose the relief sought herein.

_____
Elliot Kozolchyk, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 9, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

*/s/ Elliot A. Kozolchyk*

Elliot Kozolchyk, Esq.

## SERVICE LIST

Peter J. Bober, Esq.
Samara Robbins Bober, Esq.
Bober & Bober, P.A.
1930 Tyler Street
Hollywood, FL 33020
Tel: (954) 922-2298
Fax: (954) 922-5455
Email: peter@boberlaw.com, samara@boberlaw.com

*Attorneys for Plaintiff*