UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-21391-CIV-WILLIAMS

KENDRA MOORE,

    Plaintiff

vs.

KING GAME, INC.,
MARC O. FITZ-RITSON

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Plaintiff's motion for final default judgment against Defendant Marc O. Fitz-Ritson (the "Report"). (DE 73). The Parties did not file objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 73) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for final default judgment against Defendant Marc O. Fitz-Ritson (DE 71) is **GRANTED**.

3. Judgment is **ENTERED** in favor of Plaintiff Kendra Moore and against Defendant Marc O. Fitz-Ritson in the amount of $23,146.07 in unpaid overtime and minimum wages and $23,146.07 in liquidated damages, plus statutory interest. Defendants Marc O. Fitz-Ritson and King Game are jointly and severally liable for this amount.

    **DONE AND ORDERED** in Chambers in Miami, Florida this 21st day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Marc O. Fitz-Ritson
16600 NW 54th Ave, Apt. # 9
Miami, Florida 33014